## **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 22-22445-CIV-ALTONAGA

Plaintiff:
**GARY BRODEN**

vs.

Defendant:
**NCL (BAHAMAS) LTD., a Bermuda Company d/b/a NORWEGIAN CRUISE LINE,
and XYZ CORPORATION(S),**

For:
Matthias Hayashi, Esq.
Aronfeld Trial Lawyers
One Alhambra Plaza
Penthouse
Coral Gables, FL 33134

Received by Lisa Gonzalez (Miami - Dade Process Server) on the 4th day of August, 2022 at 2:58 pm to be served on **NCL (BAHAMAS) LTD. A BERMUDA COMPANY D/B/A NORWEGIAN CRUISES LINES, 7665 CORPORATE CENTER DRIVE, MIAMI, FL 33126**.

I, Amor Santana, do hereby affirm that on the **8th day of August, 2022** at **1:14 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET and COMPLAINT FOR DAMAGES AND DEMAND FOR TRIAL BY JURY** with the date and hour of service endorsed thereon by me, to: **NCL (BAHAMAS) LTD. A BERMUDA COMPANY D/B/A Victoria Kostyrka** as **Legal Assistant** for **NORWEGIAN CRUISES LINES**, at the alternate address of: **7300 CORPORATE CENTER DRIVE, Suite 100, MIAMI, FL 33126**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
8/5/2022  11:03 am  Attempted service at 7665 CORPORATE CENTER DRIVE, MIAMI, FL 33126, moved to 7300 corporate center drive, Miami, fl 33126
8/8/2022  1:14 pm  Attempted service at 7300 CORPORATE CENTER DRIVE, Suite 100, MIAMI, FL 33126, 36 years old, female, white, 5'5" tall, 140 lbs, light brown hair

## RETURN OF SERVICE For 22-22445-CIV-ALTONAGA

Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true. I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good stan ding, in the judicial circuit in which the process was served. No notary required pursuant to F.S. 92.525(2).

*(signature)*

**Amor Santana**
9020

**Lisa Gonzalez (Miami - Dade Process Server)**
**2540 SW 16th Terrace**
**Miami, FL 33145**
**(305) 458-6395**

Our Job Serial Number: LGN-2022000191