UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22445

GARY BRODEN,

Plaintiff,

v.

NCL (BAHAMAS) LTD.,

Defendant.
_____/

## PLAINTIFF'S NOTICE OF TERMINATION OF COUNSEL

PLEASE TAKE NOTICE that effective immediately, Riana Maryanoff, Esq., formerly of the law offices of Aronfeld Trial Lawyers is no longer counsel of record for Plaintiff and that henceforth, Spencer Marc Aronfeld, Esq., of the law offices of Aronfeld Trial Lawyers shall be deemed lead counsel of record for GARY BRODEN.  Riana Maryanoff, Esq. should be removed from any future Service Lists or CM/ECF notifications for this matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 29th, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served upon all counsel of record or pro se parties via transmissions of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,
ARONFELD TRIAL LAWYERS
Attorneys for Plaintiff
1 Alhambra Plaza,
Penthouse
Coral Gables, Florida 33134
Tel: (305) 441 - 0440
Fax: (305) 441 – 0198

By:   */s/ Spencer Aronfeld*
Spencer Aronfeld, Esq.
Florida Bar No.: 905161